# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * *  *<br>**TRITEK TECHNOLOGIES, INC.,**        *<br>            *<br>        Plaintiff,             *<br>            *<br>        v.                 *<br>            *<br>**UNITED STATES,**            *<br>            *<br>        Defendant,            *<br>            *<br>        and                *<br>            *<br>**NORTHROP GRUMMAN SYSTEMS**   *<br>**CORPORATION,**            *<br>            *<br>        Third Party Defendant,        *<br>            *<br>        and                *<br>            *<br>**SIEMENS POSTAL, PARCEL &**       *<br>**AIRPORT LOGISTICS LLC,**        *<br>            *<br>        Third Party Defendant.        *<br>            *<br>* * * * * * * * * * * * * * * * * * *  * | No. 14-451C<br>Filed: February 9, 2016 |

## O R D E R

The court is in receipt of the parties' February 9, 2016 joint stipulation of dismissal, with prejudice. The court commends the parties for working together to resolve the above captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that the above captioned be **DISMISSED,** with prejudice, with each party to bear its own attorneys' fees. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
        **Judge**